# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DREW VILLANI,<br><br>               Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC. dba COX COMMUNICATIONS LAS VEGAS, a Delaware Corporation; COXCOM, LLC dba COX COMMUNICATIONS, a Delaware Corporation,<br><br>               Defendants. | 2:14-cv-01302-JCM-CWH<br><br>**ORDER** |

The court has been notified that the above referenced matter has reached a settlement.

Accordingly,

IT IS HEREBY ORDERED that the stipulation and order for dismissal must be filed on or before January 12, 2015.

IT IS FURTHER ORDERED that the Early Neutral Evaluation scheduled for December 3, 2014 is VACATED.

DATED this 1st day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE