# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DREW VILLANI, | Case No. 2:14-CV-1302 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| COX COMMUNICATIONS LAS VEGAS, INC., et al., | |
| Defendant(s). | |

Presently before the court is *Villani v. Cox Communications Las Vegas, Inc., et al.*, case no. 2:14-cv-01302-JCM-CWH.

On August 26, 2014, defendants filed a motion to dismiss. (Doc. # 5). The parties filed a stipulation to extend plaintiff's response date to September 22, 2014, which Magistrate Judge Hoffman granted. (Docs. ## 8, 9). Plaintiff filed his response on September 22, 2014 (doc. # 11), and defendants filed their reply on October 2, 2014 (doc. # 14).

On November 26, 2014, the plaintiff filed a notice of settlement. (Doc. # 19). The notice indicates the parties have reached a settlement as to all claims. The parties anticipate filing a stipulation to voluntarily dismiss the case within 30 days.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss (doc. # 5) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall file a notice of voluntary dismissal no later than **January 2, 2015.**

DATED December 9, 2014.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**